# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| RANDY WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC.,<br><br>    Defendant. | Case No. 3:21-cv-00617-GCM |

## DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Defendant AT&T Services, Inc., through counsel, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

( ) Yes          ( X ) No

2. Does party have any parent corporations?

( X ) Yes         ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

AT&T Services, Inc. it is a Delaware corporation and is a wholly-owned subsidiary of AT&T Inc. AT&T Inc., a Delaware corporation, is a publicly traded company and there is no one person or group that owns 10% or more of the stock of AT&T Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

( X ) Yes ( ) No

If yes, identify all such owners: AT&T Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes ( X ) No

If yes, identify entity and nature of interest:

This 9th day of December, 2021.

*s/ Robert E. Thomas, Jr.*
ROBERT E. THOMAS, JR.
Georgia Bar No. 705898
North Carolina Bar No. 16857
AT&T Services, Inc. – Legal Department
One CNN Center, SW1432A
Atlanta, GA 30303
Telephone: (404) 277-9475
Email: BT8053@att.com

ATTORNEY FOR DEFENDANT