IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV617

| | |
|---|---|
| RANDY WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| AT&T SERVICES, INC., | ) |
| Defendant. | ) |

This matter is before the Court upon its own motion. On June 2, 2022, the Court granted Plaintiff's Motion to Compel and directed the Plaintiff to submit an affidavit stating his fees and costs associated with bringing the motion. Plaintiff's attorney submitted the affidavit stating that Plaintiff had incurred $7,748.00 in attorneys' fees and costs in connection with the motion to compel. The Court finds these expenses to be reasonable and hereby directs the Defendant to remit the amount of $7,748.00 to Plaintiff.

SO ORDERED.

Signed: July 6, 2022

Graham C. Mullen
United States District Judge